E-FILED
Thursday, 17 October, 2019 03:30:29 PM
Clerk, U.S. District Court, ILCD

FILED
OCT 17 2019

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

Tyler P. Lytle )
 )
 )
Plaintiff )
 )
 )
vs. )  Case No. _____
 )  *(The case number will be assigned by the clerk)*
Sheriff David Clague )
Admin Louis Glossip )
Brad Abernathy )
Advanced correctional Health Care )
Tracy ~~Bargard~~ Burgard )
Unknown Kitchen Supervisor )
Unknown Nurse )
_____ )
 )
Defendant(s) )

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT\*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

[✓] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[ ] Other federal law: _____

[ ] Unknown _____

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

## NOTICE FOR ALL PARTIES FILING DOCUMENTS
## CONCERNING PRIVACY ISSUES

This court now makes documents available electronically through the Court's Case Management Electronic Case Filing System (CMECF).  Documents filed by Pro Se parties will be electronically scanned and uploaded into CMECF. The content of these documents will also be made available on the Court's Internet webpage via PACER (Public Access to Court Electronic Records). Any subscriber to CMECF or PACER will be able to read, download, store, and print the full content of electronically filed documents.  The clerk's office will not make electronically available documents that have been sealed or otherwise restricted by court order.

If sensitive information must be included, the following personal identifiers must be partially redacted, whether it is filed traditionally or electronically as follows:

(a) Social Security Numbers - Use only the last four digits.

(b) Minor's Names - Use the minor's initials.

(c) Date of Birth - Use only the year.

(d) Addresses - Use only City and State.

(e) Driver's License Number - Use only the last four digits.

(f) Financial Account Numbers - Identify the name or type of account and the financial institution where maintained, but use only the last four digits of the account number.

Current Job Title: Knox county Jail Admin

Current Work Address 152 S. Kellogg St

Galesburg, IL 61401  Knox county Sheriff dept

Defendant #4:

Full Name: Knox County Jail Kitchen Supervisor

Current Job Title: Knox County Jail Kitchen Supervisor

Current Work Address 152 S. Kellogg St

Galesburg, IL 61401  Knox county Sheriff dept

Defendant #5:

Full Name: Advanced correctional Healthcare

Current Job Title: Healtcare Provider

Current Work Address 3922 W. Baring Trace

Peoria, IL 61615

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

The *"three strikes rule"* bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?          Yes  ☐          No  ☑

If yes, please describe _____

_____

B.  Have you brought any other lawsuits in federal court while incarcerated?

Yes  ☐          No  ☑

3

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

# II. PARTIES

A. Plaintiff:

Full Name: Tyler P. Lytle

Prison Identification Number: M51006

Current address: 152 S. Kellogg St

Galesburg, IL 61401

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: David Clague

Current Job Title: Sheriff

Current Work Address 152 S. Kellogg St

Galesburg, IL 61401   Knox county shariff dept.

Defendant #2:

Full Name: Louis Glossip

Current Job Title: Knox county Jail Admin

Current Work Address 152 S. Kellogg St

Galesburg, IL 61401   Knox county Sheriff dept

Defendant #3:

Full Name: Brad Abernathy

2

Defendant # 6

Full Name: Tracy Burgard

Current Job Title: Knox county Jail
Nurse Practitioner / Doctor

Current Work Address: 152 S. Kellogg St
Galesburg, IL 61401 Knox county Sheriff dept


Defendant # 7

Full Name: Knox county Jail Nurse

Current Job Title: Knox county Jail Nurse

Current Work Address: 152 S. Kellogg St
Galesburg, IL 61401 Knox county Sheriff dept

Defendant #
Full Name: Nancy Bogard
Current Job Title:

## V. STATEMENT OF CLAIM

Place(s) of the occurrence    Knox County Jail

Date(s) of the occurrence    10-10-19

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

On october 10th of 2019 while in the custody of the Knox county Jail the Kitchen Supervisor and staff served us dinner trays that had half raw extremly undercooked meat and beans. and as a result I had become Severely ill with what I am sure is a case of mild food poisining as I have had it before. This caused me to have severe diahrrhea and violent Vomiting episodes for days on end along with extremely painful Stomach cramps that left me hardly able to get out of bed or keep any food down for several days. I wrote a grievance to Jail Admin Louis Glassip and Brad Abernathy letting them know that alot of the food coming out of the Kitchen is being served to us severly undercooked and they have done absolutly nothing about it. I put in a sick call to see the nurse about the Symptoms I was experiencing along with the extremly painful Stomach aches and not being able to keep any food down at which point she told me

C.  If your answer to B is yes, how many? _____  Describe the lawsuit(s) below.

1.  Name of Case, Court and Docket Number

_____

2.  Basic claim made  _____

3.  Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still

pending?)  _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A.  Is there a grievance procedure available at your institution?   Yes ☑   No ☐

B.  Have you filed a grievance concerning the facts relating to this complaint?

Yes ☑   No ☐

If your answer is no, explain why not _____

_____

C.  Is the grievance process completed?   Yes ☑   No ☐

4

that if I was unable to keep any food down to just drink a lot of fluids and that she was going to call Tracy Burgard the Knox County Jail Nurse Practitioner / Doctor to see what she wanted to do about it and what medicine I should be givin. She also told me she had seen like six other people before me that were having the same symptoms as me. I had waited for three days after seeing the nurse for something to be done for me as I was still feeling sick but the nurse and Tracy Burgard did nothing for me nor did they call me out again to check on me to see if I was getting better. Then on Sunday October the 13th the very same week for lunch we were served the the very same thing and it was even more undercooked than the last time they served it to us and they told us it was ok and that if we were hungry enough we would just eat it and at that point several people just told the Jailers to take the trays back and they did so I did not get anything to eat for lunch and had to go hungry till dinner.

6

RELIEF REQUESTED

(State what relief you want from the court.)

One million Dollars   Punitive Damages
One million Dollars   Emotional Distress
One million Dollars   Psychological Damages
One million Dollars   Physical Damages
One million Dollars   Pain and Suffering
Defendant Pay all court costs
Ask for injunction for medical care as soon as possible
Ask for injunction for food services to reform

JURY DEMAND        Yes ☑        No ☐

Signed this _Sunday_ day of _October 13th_, 20 _19_.

_Tyler P. Lytle_

( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Tyler P. Lytle | IDOC # M51006 |
| Address: Galesburg, IL 61401 152 S. Kellogg St | Telephone Number: 309-343-9151 |

8

Tyler P. Lyle
152 S. Kellogg St
Galesburg Knox County Jail
152 S. Kellogg Street
Galesburg, IL 61401

LEGAL
MAIL

Deposit Funds, On-line at:
inmateCanteen.com

15 OCT 2019 PM 2

Circut clerk
United States District Courthouse
131 E. Fourth St
Davenport, IA 52801

U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS
OCT 17 2019
RECEIVED